IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
OCT 0 8 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIX INDUSTRIES, INC., | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. B-03-177 |
| | § | |
| E.D. & F. MAN SUGAR, INC., | § | |
| *in personam,* and M/V NELSON, | § | |
| her engines, tackle, apparel, etc., *in rem*, | § | |
|    Defendants. | § | |

## AGREEMENT OF INDEMNITY

Plaintiff, DIX INDUSTRIES, INC., a Texas corporation with its principal place of business being located in Cameron County, Texas, by and through its President, ROBERT OSTOS, hereby agrees to indemnify and hold harmless the U. S. Marshal of the Southern District of Texas, United States of America, any deputy, agent, servant, employee and the surety or sureties on the official bond of said U. S. Marshal, from and against all claims, demands and causes of action, direct or indirect, of every kind and character whatsoever, arising, directly or indirectly, by reason of the service of a Warrant of Arrest of the above named Defendant Vessel, her engines, nets, tackle, apparel, and furniture, *in rem*, and the subsequent redelivery of possession of the subject Vessel to the care and custody of MARINE SALVAGE & SERVICES, INC., and agrees to reimburse the aforesaid, or any of them, for all expenses, including reasonable attorney fees incurred in defending against any such claim, demands or causes of action.

EXECUTED this 8th day of October, 2003.

                                                  DIX INDUSTRIES, INC.,
                                                  Plaintiff

                                                  By: _____
                                                           Robert Ostos, President

## ACKNOWLEDGMENT

THE STATE OF TEXAS    §

COUNTY OF CAMERON    §

    This instrument was acknowledged before me on the 8th day of October, 2003 by ROBERT OSTOS, in his capacity as President of DIX INDUSTRIES, INC., a Texas corporation, on behalf of said corporation.

                                                    _____
                                                  Notary Public, State of Texas

My Commission Expires:

PAULITA YOUNGER
MY COMMISSION EXPIRES
February 11, 2005