United States District Court
Southern District of Texas
FILED

OCT 0 8 2003

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| DIX INDUSTRIES, INC., § | |
| Plaintiff, § | |
| § | CIVIL CAUSE NO. B-03-177 |
| v. § | |
| § | |
| E.D. & F. MAN SUGAR, INC., § | |
| *in personam*, and M/V NELSON, § | |
| her engines, tackle, apparel, etc., *in rem*, § | |
| Defendants. § | |

### MOTION FOR ARREST AND SEIZURE OF VESSEL
### AND APPOINTMENT OF SUBSTITUTE CUSTODIAN

TO THE HONORABLE JUDGE OF SAID COURT:

WHEREAS, a Complaint for the foreclosure of a certain maritime lien which has been filed by the Plaintiff herein, DIX INDUSTRIES, INC., is now pending n the above-entitled and numbered cause; and

WHEREAS, Plaintiff desires that the above named Defendant Vessel, her engines, nets, tackle, apparel, and furniture, *in rem*, be seized by the United States Marshal for the District pursuant to Writ of Seizure; and

WHEREAS, Plaintiff herein desires to minimize costs in regard to the custody and care of said Vessel during the pendency of this proceeding, and to that end desires that Defendant Vessel be seized and subsequently released into the care and custody of MARINE SALVAGE & SERVICES, INC., with the request that MARINE SALVAGE & SERVICES, INC. maintain the integrity of the Defendant Vessel, her engines, tackle, apparel, furniture, etc., without prejudice to the claim or rights of any parties or to the Court's jurisdiction and custody of the Vessel and of this proceeding pending final determination of the above cause; and

WHEREAS, Plaintiff has heretofore arranged to secure adequate hull and liability insurance to protect the subject Vessel from any subsequent risks. In view of the foregoing, Plaintiff feels that it would be adequately protected in the event of a loss to the hull and/or machinery of the Vessel.

NOW, THEREFORE, Plaintiff respectfully prays:

1) that this Honorable Court order the United States Marshal for the Southern District of Texas to arrest said Defendant Vessel as she may be found within the jurisdiction of the Southern District of Texas and that upon such arrest and seizure the United States Marshal release the Defendant Vessel unto Marine Salvage & Services, Inc., under the following terms and conditions:

   a) that Marine Salvage & Services, Inc. during the term and period prescribed be the Custodian and caretaker of the aforenamed Defendant Vessel, which Custodian shall, during the pendency of this suit maintain the integrity of the said Vessel, her engines, tackle, apparel, furniture, etc., preserving at all times the continuing jurisdiction of this Honorable Court;

   b) that said Vessel be ordered to continue the unloading and storage of its cargo of sugar in Warehouse No. 3301, Suites A and B, located at NAFTA Parkway, NAFTA Business Park, Port of Brownsville, Texas, while under seizure, and that Marine Salvage & Services, Inc. be, ordered to act as caretaker and custodian of such cargo during the pendency of this suit or until further order of this Court;

   c) that said Custodian insure that adequate hull and liability insurance be obtained, naming the U.S. Marshal and Plaintiff as additional insureds;

d) that said Custodian make the Defendant Vessel available to the Court and the United States Marshal at least one (1) week prior to any Marshal's Sale which may be subsequently ordered;

e) that the Defendant Vessel be released from seizure without further order of this Court if (a) the United States Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties, including attorneys for intervenors, or directly with the parties if not represented by counsel, to the litigation, and that they consent to the release; (b) the attorney files the consent; and (c) the Court has not entered an order to the contrary.

f) that this Motion in all things be granted.

Respectfully submitted,

By: _____
C. Frank Wood
State Bar No. 24028136
Federal Bar No. 29870
Dennis Sanchez
State Bar No. 17569600
Federal Bar No. 1594

ATTORNEYS FOR PLAINTIFF
DIX INDUSTRIES, INC.

**OF COUNSEL:**

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, LLP
100 North Expressway 83
Brownsville, TX 78521
Tel: (956) 546-3731
Fax: (956) 546-6765/66