4

United States District Court
Southern District of Texas
FILED

OCT 0 9 2003

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

OCT 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIX INDUSTRIES, INC., Plaintiff, | § | |
| v. | § | CIVIL CAUSE NO. B-03-177 |
| E.D. & F. MAN SUGAR, INC., *in personam,* and M/V NELSON, her engines, tackle, apparel, etc., *in rem*, Defendants. | § | |

ORDER FOR ARREST AND SEIZURE OF VESSEL
AND APPOINTMENT OF SUBSTITUTE CUSTODIAN

TO THE HONORABLE JUDGE OF SAID COURT:

This matter being presented to the above-entitled Court upon the Motion of Plaintiff, DIX INDUSTRIES, INC., for entry of an Order to Arrest and to appoint a Substitute Custodian during the pendency of this proceeding and for the release to such Substitute Custodian of the above named Defendant Vessel, her engines, nets, tackle, apparel, and furniture, ***in rem***, which Vessel upon her arrest will be in the custody of the United States Marshal for the District, and it appearing that the custody of said Vessel by Marine Salvage & Services, Inc. will minimize costs in regard to the custody and care of said Vessel during the pendency of this suit,

NOW, THEREFORE, it is hereby ORDERED that the United States Marshal for the Southern District of Texas arrest said Defendant Vessel as she may be found within the jurisdiction of the Southern District of Texas and that upon such arrest and seizure the United States Marshal release the Defendant Vessel unto Marine Salvage & Services, Inc., under the following terms and conditions:

1. Marine Salvage & Services, Inc. is hereby ORDERED to be Custodian and caretaker of the aforenamed Defendant Vessel, which Custodian shall, during the pendency of this suit maintain the integrity of the said Vessel, her engines, tackle, apparel, furniture, etc., preserving at all times the continuing jurisdiction of this Honorable Court.

2. Said Vessel is hereby ORDERED to continue the unloading and storage of its cargo of sugar in Warehouse No. 3301, Ste. A and B, located at NAFTA Parkway, NAFTA Business Park, Port of Brownsville, Texas, while under seizure, and that Marine Salvage & Services, Inc. be, and is hereby ORDERED to act as caretaker and custodian of such cargo during the pendency of this suit or until further order of this Court.

3. The said Custodian shall insure that adequate hull and liability insurance be obtained, naming the U.S. Marshal and Plaintiff as additional insureds. It is further

ORDERED that all expenses of safekeeping of the Defendant Vessels while under seizure, be allowed as court costs. It is further

ORDERED that the Defendant Vessel may be released from seizure without further order of this Court if (a) the United States Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties, including attorneys for intervenors, or directly with the parties if not represented by counsel, to the litigation, and that they consent to the release; (b) the attorney files the consent; and (c) the Court has not entered an order to the contrary.

DONE at Brownsville, Texas this 9 day of October, 2003

United States District Judge