IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIX INDUSTRIES, INC., § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL CAUSE NO. B-03-177 | |
| § | | |
| E.D. & F. MAN SUGAR, INC., § | | |
| *in personam,* and M/V NELSON, § | | |
| her engines, tackle, apparel, etc., *in rem*, § | | |
| Defendants. § | | |

### ORDER OF NOTICE

The Court orders Plaintiff, DIX INDUSTRIES, INC., to provide notice of this civil action pursuant to 46 U.S.C. § 31325(d)(1). Upon the arrest of a vessel a copy of the complaint and a copy of the Order of Arrest shall be sent by certified mail to:

(a)  the master or individual in charge of the vessel arrested; and, if applicable;

(b)  any person that recorded under Title 46 U.S.C. § 31343(a) or (d) a notice of a claim for an undischarged lien on the vessels; and, if applicable;

(c)  a mortgagee of a mortgage filed or recorded under Title 46 U.S.C. § 31321 that is an undischarged mortgage on the vessels.

DONE at Brownsville, Texas, on this _____ day of October, 2003.

_____
United States District Judge