IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DIX INDUSTRIES, INC., § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL CAUSE NO. B-03-177 |
| § | |
| E.D. & F. MAN SUGAR, INC., § | |
| *in personam,* and M/V NELSON, § | |
| her engines, tackle, apparel, etc., *in rem,* § | |
| Defendants. § | |

## MOTION FOR NONSUIT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DIX INDUSTRIES, INC., Plaintiff in the above-entitled cause, and files this its Notice of Nonsuit as to E.D. & F. MAN SUGAR, INC., *in personam,* and M/V NELSON, her engines, tackle, apparel, etc., *in rem,* Defendants herein, and in support thereof would respectfully show unto the Court as follows:

I.

Plaintiff filed this action against Defendants asserting various admiralty, statutory and common law claims. Since the filing of this action, and before Defendant was served with process and made a party to this litigation, Plaintiff has decided it no longer wishes to pursue its claims alleged in Plaintiff's Original Complaint. Accordingly, Plaintiff would respectfully move the Court to nonsuit this action and dismiss this cause without prejudice to re-file same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, DIX INDUSTRIES, INC., respectfully requests the Court to dismiss this cause without prejudice to re-file same.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
C. Frank Wood
State Bar No. 24028136
Federal Bar No. 29870
Dennis Sanchez
State Bar No. 17569600
Federal Bar No. 1594

ATTORNEYS FOR PLAINTIFF
DIX INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

I, hereby, certify that on the 28TH day of October, 2003, no service of the foregone pleading is necessary, in that, Defendants to this action have not been served with process and, therefore, have not been made a party to this litigation.

_____
C. Frank Wood

## CERTIFICATE OF CONFERENCE

I, hereby, certify that on the 28TH day of October, 2003, no conference regarding the foregone pleading is necessary, in that, Defendants to this action have not been served with process and, therefore, have not been made a party to this litigation.

_____
C. Frank Wood