IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIX INDUSTRIES, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. B-03-177 |
| | § | |
| E.D. & F. MAN SUGAR, INC., | § | |
| *in personam,* and M/V NELSON, | § | |
| her engines, tackle, apparel, etc., *in rem*, | § | |
| Defendants. | § | |

## ORDER GRANTING NONSUIT AND DISMISSING CASE

Pending before the Court is Plaintiff's Motion for Nonsuit in the above referenced case. After due consideration of same, it is the opinion of the Court that said motion should be granted and this case dismissed without prejudice.

It is, therefore, ORDERED that Plaintiff's Motion for Nonsuit be GRANTED and this case be DISMISSED WITHOUT PREJUDICE to re-file same.

IT IS SO ORDE RED.

SIGNED this the ___ day of October_____, 2003.

HONORABLE HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE